UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| ITT INDUSTRIES, INC., a Delaware corporation, | Case No. 1:05-CV-0674 |
| Plaintiff/Counter-Defendant, | Honorable Robert Holmes Bell |
| v. | |
| BORGWARNER INC., a Delaware corporation; KUHLMAN CORPORATION, a Delaware corporation; BRONSON SPECIALTIES, INC., a Michigan corporation, | **MOTION OF THE BRONSON DEFENDANTS (BORGWARNER INC., KUHLMAN CORPORATION, AND BRONSON SPECIALTIES, INC.) FOR (1) SUMMARY JUDGMENT ON ITT'S CLAIM FOR COST RECOVERY INVOLVING THE NBFF OU1 SITE, AND (2) DISMISSAL OF ITT'S CLAIM FOR COST RECOVERY INVOLVING THE NBIA SITE** |
| Defendants/Counter-Plaintiffs/ Cross-Plaintiffs/Cross-Defendants, | |
| and | |
| ROYAL OAK INDUSTRIES, d/b/a BRONSON PRECISION PRODUCTS, a Michigan corporation, | **ORAL ARGUMENT REQUESTED** |
| Defendant/Counter-Plaintiff/ Cross-Defendant/Cross-Plaintiff | |
| and | |
| THE SCOTT FETZER COMPANY, a Delaware corporation, | |
| Defendant/Cross-Defendant/Cross-Plaintiff / | |
| BORGWARNER INC., a Delaware corporation; KUHLMAN CORPORATION, a Delaware corporation; BRONSON SPECIALTIES, INC., a Michigan corporation; ROYAL OAK INDUSTRIES, d/b/a BRONSON PRECISION PRODUCTS, a Michigan corporation, | |
| Third-Party Plaintiffs, | |
| v. | |
| L.A. DARLING CO., a Delaware corporation, | |
| Third-Party Defendant. | |

2

Defendants BorgWarner Inc., Kuhlman Corporation, and Bronson Specialties, Inc. (the "Bronson Defendants"), move for (1) summary judgment under Fed. R. Civ. P. 56 on Plaintiff ITT Industries, Inc.'s Count I claim for cost recovery involving the NBFF OU1 site, and (2) dismissal under Fed. R. Civ. P. 12(c) on ITT's Count I claim for cost recovery involving the NBIA site. The Bronson Defendants requested concurrence from ITT, but ITT indicated it would oppose the motion.

| | |
|---|---|
| Dated: July 16, 2008 | /s/ John J. Bursch |
| | John J. Bursch |
| | WARNER NORCROSS & JUDD LLP |
| | 111 Lyon Street, N.W., Suite 900 |
| | Grand Rapids, Michigan 49503-2487 |
| | Phone: 616.752.2000 |
| | jbursch@wnj.com |
| | Attorneys for the Bronson Defendants |

1565131