# LIST OF EXHIBITS

| Exhibit | Exhibit No. |
|---|---|
| Record of Decision September 2006 | 1 |
| Deposition of James Gerchow | 2 |
| Deposition of Leonard C. Lipinski | 3 |
| Deposition of David Shafer | 4 |
| Deposition of Craig Laurent | 5 |
| DNR Site Inspection May 1988 | 6 |
| Laurent June 22, 1988 Letter to Bronson Precision Products | 7 |
| Deposition of Alden H. Haynes | 8 |
| Aerial View of Property | 8A |
| Portions of Dr. Stephens Expert Report | 9 |
| Deposition of Daniel B. Stephens, Ph.D. | 10 |
| *Marmon Group, Inc. v. Rexnord, Inc.*, 1986 U.S. Dist. Lexis 24122 (N.D. Ill. June 6, 1986) | 11 |
| 40 C.F.R. § 302.4 | 12 |
| 50 Fed. Reg. 13461 | 13 |
| 48 Fed. Reg. 23555 | 14 |
| 43 Fed. Reg. 4108-4109 | 15 |
| 38 Fed. Reg. 24342-24344 | 16 |
| *Boshaw v. Spartan Stores, Inc.*, 2005 U.S. Dist. Lexis 32265 (W.D. Mich. December 2, 2005) | 17 |